# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.
## COUNSELLORS AT LAW

| | | | | |
|---|---|---|---|---|
| CHARLES C. CARELLA | JAMES T. BYERS | **5 BECKER FARM ROAD** | RICHARD K. MATANLE, II | RAYMOND J. LILLIE |
| BRENDAN T. BYRNE | DONALD F. MICELI | **ROSELAND, N.J.  07068-1739** | FRANCIS C. HAND | WILLIAM SQUIRE |
| PETER G. STEWART | A. RICHARD ROSS | **PHONE (973) 994-1700** | AVRAM S. EULE | ALAN J. GRANT° |
| JAN ALAN BRODY | CARL R. WOODWARD, III | **FAX (973) 994-1744** | RAYMOND W. FISHER | STEPHEN R. DANEK |
| JOHN M. AGNELLO | MELISSA E. FLAX | www.carellabyrne.com | _____ | DONALD A. ECKLUND |
| CHARLES M. CARELLA | DAVID G. GILFILLAN | | OF COUNSEL | MEGAN A. NATALE |
| JAMES E. CECCHI | G. GLENNON TROUBLEFIELD | | | AMANDA J. BARISICH |
| | BRIAN H. FENLON | | | ZACHARY S. BOWER+ |
| | LINDSEY H. TAYLOR | | | MICHAEL CROSS |
| | CAROLINE F. BARTLETT | | | CHRISTOPHER J.  BUGGY |
| JAMES D. CECCHI (1933-1995) | | | | °MEMBER NY BAR ONLY |
| JOHN G. GILFILLAN III (1936-2008) | | | | +MEMBER FL BAR ONLY |
| ELLIOT M. OLSTEIN (1939-2014) | | | | |

June 4, 2015

<u>**Via ECF**</u>

The Honorable Mark Falk
United States Magistrate Judge
U.S. District Court for the District of New Jersey
United States Post Office and Courthouse Building
Newark, NJ  07101

          Re:    In Re Urethane Antitrust Litigation,
                  <u>Civil Action No. 08-5169 (WJM) (MF)</u>

Dear Judge Falk:

      In anticipation of the status conference on June 9 in the above-referenced case, Plaintiffs wanted to provide you with Plaintiffs' advance input on scheduling for your consideration.

      We will be submitting the Final Pretrial Order to you tomorrow. We apologize in advance for the size of the submission. Despite diligent efforts, we have not been successful in reducing the numbers of witnesses and exhibits that are still in play. Speaking only for plaintiffs, we believe that the Court's anticipated rulings on the parties' proposed motions *in limine* will substantially reduce the size and scope of the case. In your scheduling order of February 19, 2015, you indicated that we would be discussing the schedule for the motions *in limine*. In that regard we would propose one month from the June 9 conference for their initial submission, one month for oppositions and a third month (or perhaps a little less) for replies. We have advanced this proposal to Dow but have not yet received a response. That would take us to early September.

The Honorable Mark Falk
June 4, 2015
Page 2

As this Court knows, these cases have been pending since 2008. Subject to Judge Martini's calendar, Plaintiffs hope this case can be set for trial this year. Based on our proposed schedule for motions *in limine*, we believe the case can be ready for trial in October. We expect the trial to last six to seven weeks. The setting of a trial date is our highest priority. Hopefully our desire coincides with Judge Martini's schedule.

Thank you for your continued attention to this matter.

Respectfully submitted,

CARELLA, BYRNE, CECCHI, OLSTEIN,
BRODY & AGNELLO, P.C.

/s/ James E. Cecchi

JAMES E. CECCHI

cc:   All Counsel of Record (via ECF)