

LAWRENCE S. LUSTBERG
Director

Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Direct: (973) 596-4731 Fax: (973) 639-6285
llustberg@gibbonslaw.com

August 31, 2015

**VIA ECF**

Honorable William J. Martini
United States District Judge
Martin Luther King, Jr. Federal Courthouse
50 Walnut Street, P.O. Box 999
Newark, New Jersey 07101-0999

Re:  *In re Urethane Antitrust Litigation*,
     Master Docket No.:  08-5169 (WJM) (MF)

Dear Judge Martini:

     This Firm, along with Dechert LLP, represents The Dow Chemical Company ("Dow") in the above-referenced matter.  Pursuant to our call with the Court this morning, this letter confirms that, with the consent of Plaintiffs, Dow may file its Motions *In Limine* on Thursday, September 3, 2015.  Plaintiffs will receive three additional days to file their Opposition Briefs, which will now be due on October 5, 2015.  All other dates will remain the same, as set forth in this Court's Scheduling Order dated July 16, 2015.  *See* ECF No. 85.  Thank you for your kind consideration throughout the course of this matter.

                Respectfully submitted,

                s/ Lawrence S. Lustberg
                Lawrence S. Lustberg

cc:  Honorable Mark Falk, U.S.M.J. (*via* regular mail)
     All counsel of record (*via* email and ECF)