James E. Cecchi
Lindsey H. Taylor
CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, NJ 07068
(973) 994-1700

Jeffrey M. Johnson
Richard J. Leveridge
Elaine Metlin
James R. Martin
Jodi Trulove
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, DC 20006
(202) 420-2200
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE URETHANE ANTITRUST LITIGATION | Master Docket No. 08-5169 (WJM)(MF) <br><br> **ORDER** |

THIS MATTER having been opened to the Court by way of motion by Plaintiff for the entry of an Order sealing their Brief in Opposition to Defendant Dow Chemical Company's Motion in Limine to Admit Documents Filed in the Foam Litigation, and the Court, having considered the parties' submissions in support of the Motion to Seal, the nature of the materials at issue, the legitimate public and private interests, the harm that will result if the materials are not sealed, and the available alternatives to sealing the exhibits, and good cause having been shown,

IT IS this ___31___ day of Aug, 2015,

ORDERED that Plaintiff's Brief in Opposition to Defendant Dow Chemical Company's Motion in Limine to Admit Documents Filed in the Foam Litigation is hereby sealed. *

_____
MARK FALK, U.S.M.J.

\* Excluding any information contained in Judge Martini's June 16, 2015 Opinion.