UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY



MARTIN LUTHER KING JR. FEDERAL BLDG. & U.S. COURTHOUSE
50 WALNUT STREET, P.O. BOX 419
NEWARK, NJ 07101-0419
(973) 645-6340

WILLIAM J. MARTINI
JUDGE

September 8, 2015

ALL COUNSEL OF RECORD

RE: *In re: Urethane Antitrust Litig.*
Civil Action No. 08-5169 (WJM)

Dear Counsel:

It has recently come to my attention that the fiancée of the law clerk assigned to this matter is an associate with the law firm Dechert LLP, which currently serves as counsel to Defendant Dow Chemical Company. While my law clerk's fiancée has no direct involvement in this litigation, I wanted to disclose this fact to all concerned. If any party objects to my keeping the law clerk assigned to this matter, please inform the Court by writing within the next 10 days.

Sincerely,

WILLIAM J. MARTINI, U.S.D.J.