UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE URETHANE ANTITRUST LITIGATION** | Civ. No. 2:08-5169 (WJM-MF)<br><br>**ORDER** |

**THIS MATTER** comes before the Court on Plaintiffs' motion *in limine* to preclude evidence related to Plaintiffs' conduct in downstream markets (ECF 93). For the reasons set forth in the accompanying opinion; and for good cause shown;

**IT IS** on this 21st day of December 2015, hereby,

**ORDERED** that Plaintiffs' motion *in limine* is **GRANTED**.

/s/ William J. Martini
**WILLIAM J. MARTINI, U.S.D.J.**