```
                         AMENDED
                UNITED STATES DISTRICT COURT
                   DISTRICT OF NEW JERSEY

                    MINUTES OF PROCEEDINGS
```

Newark                                        Date: 12/22/15

**JUDGE WILLIAM J. MARTINI**

Deputy Clerk: Gail Hansen

Court Reporter: Walter Perelli

Other:                                        Docket: 2:08-cv-5169

TITLE OF CASE:

In Re: Urethane Antitrust Litigation

Carpenter Co., et al
V.
BASF, et al


Appearances:
Jeffrey Johnson, Richard Leveride & James Martin, Counsel for Plaintiffs
Lawrence Lustberg, David Bernick, Carolyn Hazard, William McEnroe, Julia Chapman & Daniel McGrady, Counsel for Defendants

NATURE OF PROCEEDINGS: STATUS CONFERENCE

Daubert hearing set for 1/13/16 at 9:30 a.m.
Trial set for 3/7/16; trial briefs, voir dire and jury instructions due 2/22/16;
The parties will prepare an update by 1/13/16 of any witness issues, exhibit issues and issues involving deposition testimony.
A final pretrial conference shall be scheduled as soon after 1/13/16 as possible.


                                        Gail A. Hansen
                                        Deputy Clerk


Time Commenced: 11:10 a.m.
Time Concluded: 11:45 a.m.

```
Total Time: 35 minutes
```