

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MARTIN LUTHER KING JR. FEDERAL BLDG. & U.S. COURTHOUSE
50 WALNUT STREET, P.O. BOX 419
NEWARK, NJ  07101-0419
(973) 645-6340

**WILLIAM J. MARTINI**
    **JUDGE**

January 11, 2016

ALL COUNSEL OF RECORD

    RE:   *In re: Urethane Antitrust Litig.*
            Civil Action No. 08-5169 (WJM)

Dear Counsel:

    At the January 13, 2016 *Daubert* hearing, each party should be prepared to advise the Court of its estimate for how many hours it will need to present its case at trial. The estimates should account for opening remarks, closing remarks, direct examination, and cross-examination.

    Sincerely,

    /s/ William J. Martini
    **William J. Martini, U.S.D.J.**