```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY

                       MINUTES OF PROCEEDINGS
```

Newark                                          Date: 1/13/16

**JUDGE WILLIAM J. MARTINI**

Deputy Clerk: Gail Hansen

Court Reporter: Walter Perelli

Other:                                    Docket: 2:08-cv-5169

TITLE OF CASE:

In Re: Urethane Antitrust Litigation

Carpenter Co., et al
V.
BASF, et al

Appearances:
Jeffrey Johnson, James Cecchi & James Martin, Counsel for
Plaintiffs
David Bernick, Carolyn Hazard, William McEnroe, & Daniel McGrady,
Counsel for Defendants

NATURE OF PROCEEDINGS: DAUBERT HEARING

Opening remarks counsel
Dr. Leslie Marx sworn for Plaintiff
(recess: 12:30 p.m. 1:15 p.m.)
Dr. Leslie Marx resumed
Dr. Raymond Ugone sworn Defendant
Dr. Leslie Marx recalled
Closing remarks of counsel
DECISION RESERVED

In Chambers off the record conference with the parties

                              Gail A. Hansen
                              Deputy Clerk


Time Commenced: 9:30 a.m. (In Chambers: 3:20 p.m. - 4:00 p.m.)
Time Concluded: 3:10 p.m.
Total Time: 5 hours 40 minutes