UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE URETHANE ANTITRUST LITIGATION** | Civ. No. 2:08-5169 (WJM-MF) <br><br> **ORDER** |

**THIS MATTER** comes before the Court on Plaintiffs' motion *in limine* to limit the testimony of Dow's expert witness Dr. Kenneth G. Elzinga [ECF No. 101]; for the reasons set forth in the accompanying opinion; and for good cause appearing;

**IT IS** on this 14th day of January 2016, hereby,

**ORDERED** that the motion is **DENIED**, subject to the Court reserving its decision on whether Dr. Elzinga may opine on assessments made by the parties' damages experts.

                              /s/ William J. Martini
                              **WILLIAM J. MARTINI, U.S.D.J.**