# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE URETHANE ANTITRUST LITIGATION** | Civ. No. 2:08-5169 (WJM-MF)<br><br>**ORDER** |

In his role as Court-appointed special master, the Honorable Joel A. Pisano has been ruling on objections to the parties' deposition designations. As indicated in its prior order regarding the appointment of a special master, the Court will conduct a *de novo* review of Judge Pisano's findings. Pursuant to Federal Rule of Civil Procedure 53(f), the Court will now begin to hear specific objections from the parties. The Court therefore orders the following:

1. By no later than March 2, 2016, the parties are to provide the Court with objections to any rulings made by Judge Pisano on the following dates: February 19, 2016; February 24, 2016; and February 29, 2016

2. The parties are to make clear to the Court the rulings to which they object, succinctly state the basis for each objection, and direct the Court to the portions of testimony relevant to each objection

3. The parties are to provide the Court with electronic access to the transcripts

of Judge Pisano's rulings, as well as the marked deposition transcripts that have been provided to Judge Pisano, *i.e.*, the transcripts showing the parties' designations and objections

IT IS SO ORDERED.

/s/ William J. Martini
**WILLIAM J. MARTINI, U.S.D.J.**

**Date: February 25, 2016**