

LAWRENCE S. LUSTBERG
Director

Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Direct: (973) 596-4731 Fax: (973) 639-6285
llustberg@gibbonslaw.com

March 4, 2016

**VIA ECF**

Honorable William J. Martini
United States District Judge
Martin Luther King, Jr. Federal Building & Courthouse
50 Walnut Street
Newark, NJ 07102

    Re:   In re Urethane Antitrust Litigation
            Docket No. 08-5169 (WJM) (MF)

Dear Judge Martini:

     This firm, along with Dechert LLP, represents defendant The Dow Chemical Company ("Defendant" or "Dow") in the above matter.  We write to request the Court's permission to file the attached letter concerning *voir dire*.

     Thank you for your kind consideration of this request.

                                     Respectfully yours,

                                       s/ Lawrence S. Lustberg
                                       Lawrence S. Lustberg

cc:    All counsel of record (*via* ECF)