# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

----------------------------:

                            : No.

IN RE:  URETHANE ANTITRUST   : 04-MD-1616-JWL-JPO

LITIGATION                   :

_____:

THIS DOCUMENT RELATES TO:    :

THE POLYETHER POLYOL CASES   :

----------------------------:


CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER


VIDEOTAPED DEPOSITION of STEPHANIE BARBOUR, VOLUME I, taken in the hereinbefore-entitled action, taken before Kelly A. Herrick, at the offices of Jackson Lewis, 225 South Sixth Street, Suite 3850, Minneapolis, Minnesota on September 14, 2010, commencing at 9:13 a.m. pursuant to notice.

* * *

JOSEPH ALBANESE & ASSOCIATES

Certified Shorthand Reporters

250 Washington Street, Suite A

Toms River, New Jersey  08753

Telephone (732) 244-6100

Fax (732) 286-6316

Page 97

1   A     Yes, but, I mean, that was not a
2   predominant -- that was not a predominant where
3   David wanted to make the decision.
4         Q     What were some of the things -- I'm
5   sorry, did you ever say that Mr. Fischer had made
6   up fictitious charges against you for purposes of
7   retaliation?
8   A     Fictitious charges against me?
9         Q     Correct.
10  A     No.
11        Q     Did Mr. -- did you ever say that
12  Mr. Fischer was at cross-purposes with the
13  finance and legal departments?
14  A     Yes.
15        Q     Let's start with finance.  What was
16  it that Mr. Fischer did that was at
17  cross-purposes with the finance department?
18  A     Forcing them to change numbers, not being
19  honest with them about the numbers, not being
20  honest with them about some contracts, not being
21  honest with them about some of the negotiations
22  that he had ongoing with competitors, not illegal
23  negotiations, just financially harmful
24  negotiations.
25        Q     Does anyone -- did anyone in the

Page 98

1   finance department know that Mr. Fischer was
2   asking them to change the numbers?
3   A     Yes, they had multiple independent audits
4   done on the business.
5         Q     And who in the finance department
6   would -- that you can remember would be aware of
7   that?
8   A     Jurg Fedier and Steve Doktycz.
9         Q     And who is Mr. Doktycz?
10  A     Doktycz.
11        Q     Doktycz.
12  A     He was our finance manager, and he
13  reported to Jurg Fedier, who was Bob Wood's
14  finance director.
15        Q     And how about Mr. Fedier, what was
16  his position?
17  A     He reported to Bob Wood, so he was --
18  whatever that equivalent level of finance manager
19  Mr. Fedier was at, Bob Wood -- reporting
20  structure, so he was more like a group finance
21  manager, higher level, obviously.
22        MR. DEVER:  I'm told I only have a
23        couple minutes left on the tape, so let's
24        take a short break.
25        THE VIDEOGRAPHER:  We're going off

Page 99

1   the record at 11:15 a.m.
2         (A recess was taken.)
3         THE VIDEOGRAPHER:  We are back on
4   the record.  This is the continuing
5   videotaped deposition of Stephanie Barbour
6   taken on September 14, 2010.  The time now
7   is 11:35 a.m.
8   BY MR. DEVER:
9         Q     Ms. Barbour, before the break, you
10  had described for us a contract that Mr. Fischer
11  was negotiating with Huntsman that you believed
12  was economically disadvantageous.
13        Do you recall that?
14  A     Yes, but I didn't say negotiating.  Had
15  already entered into.
16        Q     Okay.  Thank you.
17        Could you describe for us what the
18  contract was.
19  A     Exactly, no, but it was around MDI
20  purchases.  We had to purchase so much MDI from
21  them.
22        Q     So Dow would purchase MDI from
23  Huntsman?
24  A     Correct.
25        Q     And do you know -- did Mr. Fischer

Page 100

1   negotiate the contract with Huntsman?
2   A     Yes.
3         Q     And do you know who Mr. Fischer
4   negotiated with?
5   A     The original contract, no, I don't
6   remember.
7         Q     And do you know when the contract
8   was entered into?
9   A     No.
10        Q     And why did you believe it was
11  economically disadvantageous to Dow?
12  A     Because we didn't need to purchase the
13  material, and because of the way the pricing
14  was -- the pricing index or the pricing structure
15  that was set up, we were actually paying -- we
16  were buying it at higher prices than we could
17  sell it at.
18        Q     Why do you think Mr. Fischer
19  entered into that agreement?
20  A     At the time he entered into the agreement
21  because he thought we were going to be short of
22  MDI and that we needed MDI.
23        Q     And that turned out to be wrong?
24  A     Correct.
25        Q     And why was -- why was that wrong?



A I probably -- I don't know exactly, but I would assume probably the plants were running better, probably supply/demand balances were such that we didn't have as great a supply -- or great of demand as we thought we were going to have projected out.
Q Did you criticize Mr. Fischer for this contract before it was entered into, or only after?
A After, because I wasn't -- he entered into it before I was on the scene.
Q And what was -- what, then, was your criticism of Mr. Fischer after the contract?
A Because he did not look at the impact of any out-clauses if things changed in the market place, and he did not understand the index pricing, and our financial guy had instructed him that it was not a good index price.
Q Who was the financial guy?
A Phil Bower.
Q What was his position at the time?
A He was sort of a lower-tier analyst -- financial analyst.
Q Now, you said that you didn't know who Mr. Fischer negotiated the initial contract

with --
A No.
Q -- correct?
Was there some negotiation that needed to happen with Huntsman after the contract had already been entered into?
A Yes.
Q And do you know who Mr. Fischer negotiated with then?
A Kay Gugler.
Q And who is Mr. Gugler?
A Mr. Gugler would have been -- I don't actually know exactly what his title would have been, but he probably would have been roughly at about David's level running the polyurethanes business.
Q How would you describe the relationship between Mr. Gugler and Mr. Fischer?
A I mean, I don't know.
Q Were they friends?
A Friends? No, I don't think they were friends.
Q Did they communicate often, do you know?
A Not that I'm aware of.

Q What was the nature of the renegotiation -- what was the nature of the discussion between Mr. Fischer and Mr. Gugler that you are aware of?
A I think they were -- Mr. Fischer was trying to renegotiate the contract so that the -- so that he could change the way that the pricing was set up -- the way that the purchase price was set up, and I suspect also to try to see if he could buy aniline instead of MDI because we did need aniline.
Q What is aniline?
A Aniline is the raw material -- the major raw material that goes into making MDI.
Q And why did you need that?
A We were short.
Q Was the -- this renegotiation process that you described, did you have any criticisms of the way Mr. Fischer handled that?
A Yes.
Q And what were those?
A That he was doing it absent of any advice from the lawyers or the legal group.
Q And why was he doing that?
A I don't know.

Q Did you report that to Mr. Schefsky or anyone else?
A Mr. Schefsky was aware of it already.
Q How was Mr. Schefsky aware of it?
A He was concerned about it.
Q Did he tell you why he was concerned about it?
A No.
Q Were you concerned about it?
A Yes.
Q And why were you concerned about it?
A Because of the financial impact to the business.
Q And what -- what about the renegotiation did you think was going to have a negative impact on Dow's financial position?
A I thought that Mr. Fischer was probably going to give away more than he should have -- not anything illegal, just, you know, he was -- Mr. Fischer had a reputation for being a bit of a wheeler dealer without actually understanding the consequences of what he was wheeling and dealing.
Q Do you know what the outcome was of those renegotiations?

Page 105

1   A    I left the company.
2       Q    You left before they were
3   completed?
4   A    (Nodding.)
5       Q    I'm sorry, would you answer that
6   verbally.
7   A    I'm sorry, yes, I was terminated before
8   they were completed.
9       Q    Was Mr. -- you described earlier
10  that Mr. Fischer was playing both sides of the
11  fence as it relates to Mr. Levi's conduct.
12      Do you recall that statement you
13  made?
14  A    Yes.
15      Q    And you said that you thought that
16  he -- Mr. Fischer liked the fact that Mr. Levi
17  had a close relationship with the competitors; is
18  that right?
19  A    Yes.
20      Q    What -- which specific competitors
21  did you think that Mr. Levi had a close
22  relationship with?
23  A    I think the closest relationship he had
24  was with Mr. Hartwig.
25      Q    And who else was he close with?

Page 106

1   A    Close with?  Nobody else that I'm aware
2   of.
3       Q    And did -- was Mr. Fischer -- did
4   Mr. Fischer also have a close relationship with
5   the competition?
6   A    I wouldn't characterize it in the same way
7   that I would characterize Marco's relationship.
8       Q    How would you characterize it?
9   A    It was a typical, you know, relationship
10  that you have with competitors.  It was more
11  typical.
12      Q    Do you think if Mr. Fischer was
13  having future pricing conversations with the
14  competitors, he would have told you about them?
15      MR. MAROVITZ:  Object to form and
16  foundation.
17      MR. LOEB:  Object to form and
18  foundation.
19      MR. MARTIN:  I'm not sure we got
20  the answer.
21  BY MR. DEVER:
22      Q    You can answer the question.  Do
23  you want it read back?
24  A    Please.
25      MR. DEVER:  Can you read it back.

Page 107

1       (Question read back.)
2       THE WITNESS:  No.
3   BY MR. DEVER:
4       Q    Why not?
5       MR. MAROVITZ:  Object to
6   foundation.
7       THE WITNESS:  No, because he was
8   made aware of the fact that I was
9   discussing with Mr. Schefsky that I was
10  not comfortable with those conversations,
11  and Mr. Fischer understands the impact of
12  those conversations.
13  BY MR. DEVER:
14      Q    Did you -- were you Dow's
15  representative on any trade association?
16  A    Triple I.
17      Q    And what was your role with the
18  Triple I?
19  A    I was Dow's representative at the
20  Triple I, and the treasurer.
21      Q    And what -- was that the global
22  Triple I?
23  A    Yes, correct.
24      Q    Do you remember who Bayer's
25  representative was at the time you were Dow's

Page 108

1   representative?
2   A    I remember him, but I can't remember his
3   name.  The Bayer guys, like I said, they changed
4   so much.  I do remember, I think, the very first
5   one was Larry Sterns, and there was also a Max --
6   I definitely remember a Max, he was a technical
7   guy, but then it becomes very fuzzy because they
8   reorganized so many times.
9       Q    What about for BASF, do you know
10  who they represented?
11  A    Bill Bernstein.
12      Q    And how about for Huntsman?
13  A    Huntsman, at one point in time it was Tony
14  Hankins, and then before that it was David -- he
15  was British, David -- forgive me.
16      Q    Did -- where were these Triple I
17  meetings typically held?
18  A    All over the world.
19      Q    Did -- were you Dow's
20  representative on the North American Triple I
21  panel as well?
22  A    Global -- it's a global --
23      Q    Only global?
24  A    Um-hmm.
25      Q    Did Dow have a representative for