# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE URETHANE ANTITRUST LITIGATION<br><br>This Document Relates to:  All Actions | Civil Action No. 08-5169 (WJM)(MF)<br><br>**PLAINTIFFS' PROPOSED<br>VERDICT FORM** |

Plaintiffs respectfully submit the following proposed verdict form:

We, the jury, impaneled and sworn in the above-entitled case, upon our oaths, do make the following answers to the questions propounded by the Court:

1. Do you find that Plaintiffs have proved, by a preponderance of the evidence and in accordance with the instructions given to you, that Dow knowingly participated in a conspiracy to fix, raise, or stabilize prices for urethane chemicals?

    Yes _____          No _____

*If your answer to Question 1 is "Yes," proceed to Question 2.  If your answer to Question 1 is "No," do not answer any remaining questions, and proceed to the signature page.*

2. Do you find, by a preponderance of the evidence and in accordance with the instructions given to you, that the following Plaintiff families suffered antitrust impact?

    a. British Vita Plaintiffs      Yes _____      No _____

    b. Carpenter Plaintiffs      Yes _____      No _____

    c. Flexible Foam Plaintiffs      Yes _____      No _____

    d. Foam Supplies Plaintiffs      Yes _____      No _____

    e. Hickory Springs Plaintiffs      Yes _____      No _____

    f. Huber Plaintiffs      Yes _____      No _____

    g. Leggett & Platt Plaintiffs      Yes _____      No _____

    h. Lubrizol Plaintiffs      Yes _____      No _____

    i. MarChem Plaintiffs      Yes _____      No _____

    j. Skypark Plaintiffs      Yes _____      No _____

    k. Woodbridge Plaintiffs      Yes _____      No _____

*If your answer to Question 2 is "Yes" as to at least one Plaintiff family, proceed to Question 3. If your answer to Question 2 is "No" as to all Plaintiff families, do not answer any remaining questions, and proceed to the signature page.*

3. Do you find that Plaintiffs have proved, by a preponderance of the evidence and in accordance with the instructions given to you, their claim of fraudulent concealment?

    Yes _____      No _____

*If your answer to Question 3 is "Yes," proceed to Question 4. Only if your answer to Question 3 is "No," proceed to question 5.*

4. State the amount of damages proved by Plaintiffs.

   $_____

*Do not answer any remaining questions, and proceed to the signature page.*

5. State the amount of damages proved by Plaintiffs, excluding any amounts relating to purchases prior to November 24, 2000.

   $_____

*Do not answer any remaining questions, and proceed to the signature page.*

*Your deliberations are complete.  Please have the foreperson sign and date this verdict form and notify the Court that you have reached a verdict.*

Date: _____   Foreperson: _____

Dated: April 4, 2016　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　CARELLA, BYRNE, CECCHI,
　　　　　　　　　　　　　　　　　　　　　　OLSTEIN, BRODY & AGNELLO
　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs*

　　　　　　　　　　　　　　　　　　　　　　By:      /s/ James E. Cecchi
　　　　　　　　　　　　　　　　　　　　　　JAMES E. CECCHI

Jeffrey M. Johnson
Adam Proujansky
Daniel P. Schaefer　　　　　　　　　　　　Richard J. Leveridge
Alex E. Hassid　　　　　　　　　　　　　　ADAMS HOLCOMB, LLP
BLANK ROME LLP　　　　　　　　　　　　　1875 Eye Street, NW
1825 Eye Street, NW　　　　　　　　　　　Washington, DC 20006
Washington, DC 20006　　　　　　　　　　(202) 580-8818
(202) 420-2200

James R. Martin
ZELLE LLP
1220 L Street, NW
Suite 100-143
Washington, DC 20005
(202) 359-6688

*Attorneys for Plaintiffs*

4