# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE URETHANE ANTITRUST LITIGATION<br><br>This Document Relates to: All Actions | Civil Action No. 08-5169 (WJM)(MF)<br><br>**STIPULATION OF DISMISSAL** |

THIS MATTER having been amicably resolved by and between Plaintiffs and Defendant The Dow Chemical Company ("Dow"), it is hereby stipulated by and among the parties as follows:

1. Plaintiffs' claims against Defendant Dow are hereby dismissed with prejudice and without costs, subject to the terms and conditions of the Settlement Agreement between Plaintiffs and Dow.

2. The Court shall retain jurisdiction to enforce the terms and conditions of the Settlement Agreement.

CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.
Attorneys for Plaintiff

By: _____
Lindsey H. Taylor

Dated: April 5, 2016

GIBBONS, P.C.
Attorneys for Defendant

By: _____
Lawrence S. Lustberg

Dated: April 5, 2016

SO ORDERED this 5th day of April, 2016

_____
HON. WILLIAM J. MARTINI, U.S.D.J.

{00047052;v1 }